UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:12-CR-00083-LRH-WGC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| RONALD HENDERSON, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant Ronald Henderson's ("Henderson") *pro se* "Motion to Obtain Appeal Documentation Under the VI Amendment & V & XIV Amendment Due Process," filed March 31, 2014. Doc. #35. Also before the Court is Henderson's second *pro se* "Motion to Obtain Appellate Documentation," filed April 28, 2014. Doc. #36.

In his Motions, Henderson requests that the Court provide him with a copy of the docket sheet, sentencing transcripts, plea agreement, judgment and commitment, and police report. *See* Doc. #35, p. 2; Doc. #36, p. 2. The Court shall grant Henderson's request as to the docket sheet, a transcript of Henderson's sentencing on January 21, 2014, and the Court's judgment (Doc. #34). The Court shall also provide Henderson with a transcript of Henderson's change of plea hearing on May 13, 2013. The Court noted at the change of plea hearing that there was no plea agreement. *See* Minutes of Proceedings on May 13, 2013. Similarly, no police report was ever submitted to the Court.

The Court notes, however, that Henderson's opportunity for appeal has long expired. *See* Fed. R. Crim. P. 3(a)(1) ("[a]n appeal permitted by law as of right from a district court to a court

of appeals may be taken only by filing a notice of appeal with the district clerk within the time allowed by Rule 4"); Fed. R. Crim. P. 4(b)(1)(A) ("[i]n a criminal case, a defendant's notice of appeal must be filed in the district court within 14 days after . . . (i) the entry of either the judgment or the order being appealed"). The Court entered Judgment as to Henderson on January 23, 2014. Doc. #34. Accordingly, any notice of appeal was due within 14 days thereafter.

IT IS THEREFORE ORDERED that Henderson's Motions (Doc. #35 and Doc. #36) are GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide Henderson with a copy of the docket sheet, a transcript of Henderson's change of plea hearing on May 13, 2013, a transcript of Henderson's sentencing on January 21, 2014, and the Court's Judgment (Doc. #34).

IT IS SO ORDERED.

DATED this 15th day of May, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE