UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>RONALD HENDERSON,<br><br>                            Defendant. | Case No. 3:12-cr-00083-LRH-WGC<br><br>MINUTE ORDER<br><br>March 28, 2017 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S):  <u>     NONE APPEARING     </u>

**MINUTE ORDER IN CHAMBERS**:

      Before the court is Petitioner's Notice concerning the U.S. Supreme Court's decision in *Beckles v. United States* and Motion to defer ruling for thirty days (ECF No. 44). Good cause appearing,

      Petitioner's Motion (ECF No. 44) is HEREBY GRANTED and IT IS HEREBY ORDERED that Petitioner shall submit a filing within thirty days of the date of this order regarding the status of the 28 U.S.C. § 2255 Petition.

      IT IS SO ORDERED.

                                                  DEBRA K. KEMPI, CLERK

                                                  By:  <u>          /s/          </u>

                                                            Deputy Clerk